JTW: 03.24.23
2022R0278/KSC

MAR 2 7 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| v. | * | CRIMINAL NO. ELH-23-109 |
| MONTRAY GROSS, | * | (Escape, 18 U.S.C. § 751(a)) |
| Defendant | * | |

*******

## CRIMINAL INFORMATION

### COUNT ONE
**(Escape)**

The United States Attorney for the District of Maryland charges that:

On or about December 14, 2021, in the District of Maryland, the Defendant,

**MONTRAY GROSS,**

did knowingly escape from custody in the Volunteers of America Residential Reentry Center in Baltimore, Maryland, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Maryland upon conviction for the commission of possession of a firearm and ammunition by a prohibited person, in violation of Title 18 United States Code, Section 922(g)(1).

18 U.S.C. § 751(a)

_Erek L. Barron_ KCL
Digitally signed by
KENNETH CLARK
Date: 2023.03.27
13:24:22 -04'00'

Erek L. Barron
United States Attorney

_____
Date